DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA KORYNSEL,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,** and
**PAYCHEX PEO IV, LLC,**
Appellees.

No. 4D20-2329

[November 18, 2021]

Administrative appeal from the Reemployment Appeals Commission; L.T. Case No. RAAC 20-01083.

Neil Bryan Tygar of Neil Bryan Tygar, P.A., Delray Beach, for appellant.

Katie E. Sabo of Reemployment Assistance Appeals Commission, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***